# Exhibit B

Person Filing: **Ronald C. Render**
Address (if not protected): **PO Box 332**
City, State, Zip Code: **Pearce, AZ 85625**
Telephone: **(520) 507-3372**
Email Address: **rcrender@gmail.com**
Lawyer's Bar Number: _____

Representing [X] Self, without a Lawyer  or  [ ] Attorney for  [X] Petitioner  OR  [ ] Respondent

2019 FEB 26 AM 10: 30
BA

# SUPERIOR COURT OF ARIZONA
# IN COCHISE COUNTY

## DIV. 3

**Ronald C. Render**
Name of Plaintiff

Case Number: **CV201900068**

Title: **CIVIL COMPLAINT**
*Unclassified civil*

**Thomas Allen, Celeste Kinsey**
Name of Defendant

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Cochise County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   [ ] The value of this case exceeds $10,000 dollars.
   [ ] Replevin or other nonmonetary remedy will take place in Cochise County.
   [X] The Plaintiff resides in Cochise County.
   [ ] The Defendant resides in Cochise County.
   [X] The Defendant does business in Cochise County.
   [X] The events, actions, or debts subject of this Complaint occurred in Cochise County.
   [ ] Other reason: _____

## PARTIES

2. The Plaintiff in this case is _Ronald C. Render_

3. The Defendant in this case is _Thomas Allen_

## STATEMENT OF FACTS AND BREACH

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( ) _If a non-dedicated road is used for ingress and egress, continuously, for a period of five (5) years duration, that road then_
( ) _becomes in the Public Domain. Further, there are no exculusions to this statute for Federal, State or Private lands._

(     ) _____
        _____

(     ) _____
        _____

(     ) _____
        _____

(     ) _____
        _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(     ) _____
        _____

(     ) _____
        _____

(     ) _____
        _____

(     ) _____
        _____

(     ) _____
        _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( )_____

_____

( )_____

_____

( )_____

_____

( )_____

_____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

## DEMAND FOR JURY TRIAL (Optional)

☐  I request a jury trial, and wrote this in the "Title" below the words "Civil Complaint."

Dated this *February 26, 2019*
(Date of signature)

*[signature]*
(Signature of Plaintiff or Plaintiff's Attorney)

Person Filing: **Ronald C. Render**
Address (if not protected): **PO Box 332**
City, State, Zip Code: **Pearce, AZ 85625**
Telephone: **(520) 507-3372**
Email Address: **rcrender@gmail.com**
ATLAS Number: _____
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☒ Petitioner  OR  ☐ Respondent

## SUPERIOR COURT OF ARIZONA IN COCHISE COUNTY

**Ronald C. Render**
Name of Petitioner

Case No.: **CV201900068**

And

**Thomas Allen**
Name of Respondent

### SUMMONS

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** **Thomas Allen**
Name of Respondent

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this "Summons".

2. If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the court, and pay the filing fee. If you do not file an "Answer" or "Response" the other party may be given the relief requested in his/her Petition or Complaint. To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to the:

   - Superior Court, 100 Quality Hill Road, Bisbee, Arizona 85603.

     OR

   - Superior Court, 100 Colonia de Salud Suite 200, Sierra Vista, Arizona 85635.

Mail a copy of your "Response" or "Answer" to the other party at the address listed on the top of this Summons.

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center:

   - **Superior Court, 100 Quality Hill Road, Bisbee, Arizona 85603.**

   **OR**

   - **Superior Court, 100 Colonia de Salud Suite 200, Sierra, Vista, Arizona 85635.**

5. If this is an action for dissolution (divorce), legal separation or annulment, either or both spouses may file a *Petition for Conciliation* for the purpose of determining whether there is any mutual interest in preserving the marriage or for Mediation to attempt to settle disputes concerning legal decision-making (custody) and parenting time issues regarding minor children.

6. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

7. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date_____     **AMY J HUNLEY**
                                              **CLERK OF COURT**

                                              *February 26th, 2019*

By_____*Bernice Acosta*_____
              Deputy Clerk

Person Filing: Ronald C. Render
Address (if not protected): PO Box 332
City, State, Zip Code: Pearce AZ 85625
Telephone: (520) 507-3372
Email Address: rcrender@gmail.com
ATLAS Number: _____
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer   or   ☐ Attorney for   ☒ Petitioner   OR   ☐ Respondent

## SUPERIOR COURT OF ARIZONA IN COCHISE COUNTY

Ronald C. Render
Name of Petitioner

Case No.: CV201900068

And

Celeste Kinsey
Name of Respondent

### SUMMONS

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Celeste Kinsey
                                         Name of Respondent

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

    • Superior Court, 100 Quality Hill Road, Bisbee, Arizona 85603.

    OR

    • Superior Court, 100 Colonia de Salud Suite 200, Sierra, Vista, Arizona 85635.

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center:

   - Superior Court, 100 Quality Hill Road, Bisbee, Arizona 85603.
   
   OR
   
   - Superior Court, 100 Colonia de Salud Suite 200, Sierra, Vista, Arizona 85635.

5. If this is an action for dissolution (divorce), legal separation or annulment, either or both spouses may file a *Petition for Conciliation* for the purpose of determining whether there is any mutual interest in preserving the marriage or for Mediation to attempt to settle disputes concerning legal decision-making (custody) and parenting time issues regarding minor children.

6. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

7. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date_____   **AMY J HUNLEY**
                                       CLERK OF COURT

                                       *February 26th, 2019*

By _____
      Deputy Clerk

CV201900068

Access from State Park to Federal lands

1. I ask the court to order any employees of the Kartchner Caverns State Park, provide to, Ronald C. Render, the number(s) to unlock a gate for access to a National Forest via Forest Road(s) 208 and/or 4017. Further, I ask the court to allow me to provide my own lock since I will require multiple access for the collecting of mineral specimens in the Whetstone Mountains. The duration should be less then three months total.

2. I ask the court to order District Ranger Celeste Kinsey or the current person responsible for the Whetstone Mts., provide to, Ronald C. Render, the number(s) to unlock a gate for access to a National Forest via Forest Road(s) 208 and/or 4017. Further, I ask the court to allow me to provide my own lock since I will require multiple access for the collecting of mineral specimens in the Whetstone Mts. The duration should be less then three months total.

Plaintiff - Ronald C. Render
Defendent - Thomas Allen; Celeste Kinsey

Today's Date: 2/26/2019

Your Signature

RECEIVED FEB 26 2019 Superior Court Cochise County AZ

Person Filing: **Ronald C. Render**
Address (If not protected): **PO Box 332**
City, State, Zip Code: **Pearce, AZ 85625**
Telephone: **(520) 507-3372**
Email Address: **rcrender@gmail.com**
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer   or   ☐ Attorney for   ☒ Petitioner   OR   ☐ Respondent

FILED
2019 MAR -5 AM 8:55
AMY J HUNLEY
CLERK OF SUPERIOR COURT
BY ___ DEPUTY

# SUPERIOR COURT OF ARIZONA
# IN COCHISE COUNTY

**Ronald C. Render**
Name of Plaintiff or Petitioner

Case Number: **CV201900068**

## ORDER

**Thomas Allen and/or Celeste Kinsey**
Name of Defendant or Respondent

When you submit a motion [a request] to the Court, you *may* submit your own proposed version of the Order you want the Judge to sign. IF this motion is a *stipulation* [an agreement or joint request] presented by two or more parties, you **MUST** submit your own proposed version of the Order. [Cochise County Local Rule 3.2 (i)(1)].

The Judicial Officer will make a decision on your request and may sign the page that you submitted, or more likely will direct the Clerk to make a "minute entry" recording the decision. A "minute entry" is a note in the records of the Court's proceedings. The minute entry will be printed, reviewed, approved and signed by the Judge, and sent to all parties.

If you have submitted your own proposed Order, you *must* include a copy of the Request and the Order and a stamped envelope addressed to each party who has "entered an appearance" in the case. This means named parties or anyone that has filed papers in the case. [Cochise County Local Rule 3.2 (i)(1)].

**IT IS ORDERED THAT:**
THE COURT, HAVING RECEIVED PETITIONER'S UNCLASSIFIED CIVIL COMPLAINT, WILL TAKE NO ACTION UNTIL/UNLESS PROOF IS PROVIDED TO THE COURT THAT THE RESPONDENTS HAVE BEEN SERVED NOTICE OF THE COMPLAINT AND HAD AN OPPORTUNITY TO RESPOND IN ACCORDANCE WITH ARCP 4.1 ET SEQ.

DONE IN OPEN COURT: **March 5, 2019**

_____
JUDGE/COMMISSIONER

08/09/2017                    Page 1 of 1



## Cochise County
### Clerk of the Superior Court

*Public Programs...Personal Service*
www.cochise.az.gov



**AMY J. HUNLEY**
Clerk of the Superior Court
Jury Commissioner

**VICKI BARTON**
Chief Deputy Clerk

2019 MAR 12  PM 10:50

**MARIA VALDIVIA**
Assistant Jury Commissioner

BA

BA

**Party: RONALD C RENDER**
**Party Address: PO BOX 332, PEARCE, AZ 85625**

**WE ARE UNABLE TO PROCESS THIS ITEM FOR THE FOLLOWING REASON(S):**

____ Case number does not match information in our system.

____ Signatures must be original, OR Documents must be signed in front of Notary or Deputy Clerk while under oath.

____ Response has been filed, see attached

____ Document not dated.

____ No case number on pleadings.

____ Fees:

____ Default has not been entered.

____ Court will accept only original signature and not copies of documents.

____ Money order or cashier's check only. No personal checks.

____ MANDATORY E-FILING BEGINS JANUARY 1ST, 2019

__X__ Form is missing notarization & second page to attach the original green receipts.

If you have any questions, please feel free to call our office at (520) 432-8600.

Sincerely,

*Berenice Acosta*
**Deputy Clerk**

**Case Number: CV201900068**
**Document Type: AFFIDAVIT OF SERVICE BY CERTIFIED MAIL**

**Bisbee**
100 Quality Hill
PO Drawer CK
Bisbee, Arizona 85603
520-432-8600

**Sierra Vista**
100 Colonia de Salud, Suite 200
Sierra Vista, Arizona 85635
520-803-3060

**Assistant Jury Commissioner**
PO Drawer DE
Bisbee, Arizona 85603
520-432-8585
ccjc@courts.az.gov